UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-02652 SB (JDEx) | Date: | April 30, 2021 |
|---|---|---|---|

| Title: | *Linda Nehme v. Garfield Beach CVS LLC et al* |
|---|---|

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:    IN CHAMBERS**

The Court strikes the MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Linda Nehme., Dkt. No. 22, without prejudice to refiling in compliance with the Notice of Deficiencies, *see* Dkt. No. 22.