JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA NEHME, <br><br> Plaintiff, <br><br> v. <br><br> GARFIELD BEACH CVS LLC et al., <br><br> Defendants. | Case No. 2:21-cv-02652-SB-JDE <br><br><br> ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TOLLING OF STATUTE(S) OF LIMITATION |

THE COURT, having considered the parties' Stipulation entitled "Stipulation re Dismissal Without Prejudice and Tolling of Statute(s) of Limitations" (the Stipulation), HEREBY ORDERS:

1. The Stipulation is approved.
2. The captioned Action is hereby dismissed without prejudice.
3. Any and all applicable statutes of limitation shall be tolled pending disposition of the Arbitration described in the Stipulation.
4. The effect of entry of an Order approving this Stipulation shall be the functional equivalent of a stay pending arbitration.
5. The Court's retention of jurisdiction to confirm or vacate an arbitration award that is rendered, or in the (unlikely) event the Arbitration is terminated without the rendering of an Arbitration award.

IT IS SO ORDERED.

Date: October 3, 2022

_____

Stanley Blumenfeld, Jr.
United States District Judge

1